161 A.3d 796

**IN RE: ESTATE OF Neva OESCHGER, Deceased**

**Petition of: William Oeschger**

**No. 446 MAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.